FILE COPY



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BOB McCOY
  BILL MEIER
  LEE GABRIEL

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196

TEL: (817) 884-1900

FAX: (817) 884-1932

www.2ndcoa.courts.state.tx.us

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

February 13, 2014

Hon. Jeff Walker
Regional Presiding Judge
Tim Curry Criminal Justice Center
401 W. Belknap, 5th Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Hon. Mark T. Price
Judge, 89th District Court
900 7th St., Rm 300
Wichita Falls, TX 76301
* DELIVERED VIA E-MAIL *

Criminal District Clerk, Wichita County
P.O. Box 718
Wichita Falls, TX 76307-0718
* DELIVERED VIA E-MAIL *

Melinda Fletcher
Special Prosecution Unit
P.O. Box 1744
Amarillo, TX 79105
* DELIVERED VIA E-MAIL *

Thomas E. Brewer III
P.O. Box 4005
Huntsville, TX 77342-4005
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:  02-13-00217-CR
         Trial Court Case Number:  51868-C

Style:   Ross Edwin Roe
        v.
        The State of Texas

     Today the Second Court of Appeals issued an opinion and judgment in the above-referenced cause.

                 Respectfully yours,

                 DEBRA SPISAK, CLERK